

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2015

No. 04-15-00578-CV

**IN RE** Raymond Payton **TAYLOR**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Karen Angelini, Justice
            Patricia O. Alvarez, Justice
            Jason Pulliam, Justice

On September 15, 2015, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on September 23, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2014-CI-05326, styled *Raymond Payton Taylor v. Wanda Swim and Jamie Hogue*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Janet P. Littlejohn presiding.